People *v* Redd. Appeal from Oakland, Arthur E. Moore, J. Submitted Division 2 December 8, 1971, at Grand Rapids. (Docket No. 12296.) Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Thomas G. Plunkett*, Prosecuting Attorney, and *William G. Wolfram*, Assistant Prosecuting Attorney, for the people.

*T. Gordon Scupholm, II*, for defendant on appeal.

Before: R. B. Burns, P. J., and Fitzgerald and V. J. Brennan, JJ.

People *v* Cross. Appeal from Recorder's Court of Detroit, Thomas L. Poindexter, J. Submitted Division 1 January 18, 1972, at Lansing. (Docket No. 9174.) Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Robert A. Reuther*, Assistant Prosecuting Attorney, for the people.

*M. John Shamo*, for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION. Defendant was convicted of carrying a concealed weapon, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.